**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MARTINE SYLVESTER,

Plaintiff,

-against-

KONE, INC.,

Defendant.

------------------------------------- x

ORDER

26 Civ. 839 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Final Pretrial Conference scheduled for October 8, 2026, is hereby adjourned to December 16, 2026, at 10:00 a.m. in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: October 5, 2026,
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge